UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| HOYTS CINEMAS CORPORATION and<br>REGAL CINEMAS, INC.,<br><br>                    Plaintiffs,<br>     vs.<br><br>PYRAMID COMPANY OF ONONDAGA,<br>CAROUSEL CENTER COMPANY, L.P.,<br>CAROUSEL GENERAL COMPANY, LLC,<br>DESTINY USA HOLDINGS, LLC, and<br>CAROUSEL MANAGEMENT COMPANY, LLC,<br><br>                    Defendants. | CIVIL NO.  5:09-cv-556 (GTS/TWD) |

<u>Appearances</u>:                                                      <u>Of Counsel</u>:

Hancock & Estabrook, LLP                           Robert D. Poyer, Esq.
  *Attorneys for Plaintiffs*                            Daniel B. Berman, Esq.
1500 AXA Tower I
Syracuse, NY 13221

Costello, Cooney & Fearon, PLLC             Robert J. Smith, Esq.
  *Attorneys for Defendants*                        John R. Langey, Esq.
500 Plum Street, Suite 300
Syracuse, NY 13204

Glenn T. Suddaby, U.S. District Judge

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

The Court having been advised by counsel that the parties in this action have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the

Federal Rules of Civil Procedure. Counsel has also advised that no infant or incompetent is a party to this action. Based upon this development, I find that it is not necessary for this action to remain on the calendar of the Court. It is therefore hereby

**ORDERED** that this action is **DISMISSED** in its entirety **without prejudice** pursuant to the procedure as set forth in L.R. 68.2(a) of the Local Rules of this court. This judgment is issued without prejudice to the right of the parties to secure reinstatement of the case within sixty (60) days after the date of this judgment by making a showing that the settlement was not, in fact, consummated; and in the event that no request is made for reinstatement within sixty (60) days of the date of this judgment, the dismissal of this case shall thereafter be **with prejudice**.

Dated:   February 27, 2012
         Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge